UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LANEIL JAMES,<br>    Plaintiff,<br>v.<br>USA, *et al.*,<br>    Defendants. | Case No. 2:25-cv-00082-ART-NJK<br>**Order** |

Pending before the Court are Plaintiff's motions for leave to proceed *in forma pauperis*. Docket Nos. 6 and 7. On January 17, 2025, United States District Judge Anne R. Traum closed this case. Docket No. 4. Accordingly, Plaintiff's motions, Docket Nos. 6 and 7, are hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

Dated: January 29, 2025

                                                             Nancy J. Koppe<br>
United States Magistrate Judge

1